## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, an individual, JANE DOE 2, and DOES 3-100, | |
| Plaintiffs, | |
| v. | Case No.: 1:21-cv-06865-VSB |
| THE CONGREGATION OF THE SACRED HEARTS OF JESUS AND MARY, DIOCESE OF FALL RIVER, a corporation sole, SISTERS OF THE SACRED HEARTS OF JESUS AND MARY, SISTERS OF CHARITY OF MONTREAL, and BLACK AND WHITE CORPORATIONS 1-10, | |
| Defendants. | |

### DEFENDANT THE CONGREGATION OF THE SACRED HEARTS – UNITED STATES PROVINCE'S MOTION TO DISMISS

Defendant The Congregation of the Sacred Hearts – United States Province ("Congregation") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(2), (3) and (6), for the reasons set forth in the accompanying memorandum of law and supporting declaration, for the dismissal of all claims against it set forth in the Complaint and Jury Demand.

WHEREFORE, the Congregation respectfully requests that the instant motion be granted.

Dated:  New York, New York
         March 25, 2022

THE CONGREGATION OF THE SACRED
HEARTS – UNITED STATES PROVINCE,

By its attorneys,


*Sanford N. Talkin*

Sanford N. Talkin
Talkin, Muccigrosso & Roberts
40 Exchange Place, 18th Floor
New York, NY 10005
Tel:  (212) 482-0007
Fax: (212) 482-1303
samt@talkinlaw.com