UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JANE DOE 1, et al.,                                        :
:
                        Plaintiffs,  :
:   21-CV-6865 (VSB)
        -against-                                :
:   **ORDER**
:
CONGREGATION OF THE SACRED      :
HEARTS OF JESUS AND MARY, et al.,     :
:
                       Defendants.  :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On April 15, 2022, Plaintiffs filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).  Accordingly, it is hereby:

ORDERED that all Defendants shall file a letter within seven (7) days deciding whether their motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendants' current motions to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:  April 18, 2022
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge