**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

April 25, 2022

Honorable Vernon S. Broderick
United States District Judge
Southern Distinct of New York
40 Foley Square
New York, New York 10007

BY ECF

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 04/26/22
>
> Defendants' motions to dismiss are denied without prejudice pursuant to Federal Rule of Civil Procedure 15(a)(3). The Clerk of Court is respectfully directed to close the open motions at Documents 21, 24, 27, and 28.

    Re: <u>Jane Doe 1 et al., v. Congregation of the Sacred Hearts of Jesus and Mary et al.</u>
       21 Cv. 6865 (VSB)

Dear Judge Broderick:

  All of the defendants in the above referenced action that filed, and currently have pending, motions to dismiss ("Defendants")[1] respectfully file this joint letter in response to the Court's Order dated April 18, 2022. Defendants intend to file new motions to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3) and consent to the denial, without prejudice, of their pending motions as moot.

  By this letter, Defendants also move for an extension of the time to file their new motions up to and including May 13, 2022. This extension will provide Defendants with adequate time to research and address issues raised by new factual allegations made by the plaintiffs ("Plaintiffs") in the Amended Complaint. Plaintiffs, through their counsel, Ashley Pileika, Esq., consent to this request.

---

[1] The Defendants participating in this letter to the Court are: (1) the Congregation of the Sacred Hearts of Jesus and Mary, (2) the Roman Catholic Bishop of Fall River, a Corporation Sole (misnamed in this action as "Diocese of Fall River"), and (3) the Sisters of Charity of Montreal. The Defendants reserve all rights, including all defenses and objections. This letter motion requesting an extension of time is submitted subject to, and without waiver of, any defense, affirmative defense, or objection, including defenses based upon a lack personal jurisdiction over each Defendant.

Thank you for Your Honor's consideration of this letter and Defendants' extension application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: All Counsel (by ECF)