UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
JANE DOE 1, et al.,                                    :
                                                       :
                              Plaintiffs,              :
                                                       :          21-CV-6865 (VSB)
                     -against-                         :
                                                       :            **ORDER**
CONGREGATION OF THE SACRED                             :
HEARTS OF JESUS AND MARY, et al.,                      :
                                                       :
                              Defendants.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Pursuant to my instructions at the June 3, 2022 status conference, it is hereby:

        ORDERED that Defendant Missionary Oblates of Mary Immaculate Eastern Province

file any dispositive motion in this case by June 21, 2022.  It is further ordered that Plaintiffs file

any opposition papers to all pending Defendants' motions to dismiss on or before August 9,

2022.  It is further ordered that Defendants file any reply papers on or before August 23, 2022.

        IT IS FURTHER ORDERED that Plaintiffs submit a letter-motion of no more than six

(6) pages for expedited discovery on or before June 17, 2022.  Any reply by Defendants is due

on or before June 24, 2022 and must not exceed four (4) pages each.

SO ORDERED.

Dated: June 3, 2022
        New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge