IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, an individual, Jane Doe 2, and Does 3-100, <br><br> Plaintiffs, <br><br> v. <br><br> The Congregation of the Sacred Hearts of Jesus and Mary, *et al.*, <br><br> Defendants. | 1:21-cv-06865-VSB <br><br> [~~PROPOSED~~] ORDER |

It is ORDERED that the Stipulation between Plaintiffs and Defendant Sisters of Charity of Quebec Regarding Service and Response to the First Amended Complaint is GRANTED. The Sisters of Charity of Quebec shall file an answer, motion, or other response to the First Amended Complaint on or before August 14, 2022.

SO ORDERED.

SIGNED this __5th__ day of _____July_____, 2022.

_____
Vernon S. Broderick
United States District Judge