```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
JANE DOE 1, et al.,                 :    21cv6865 (DLC)
                                    :
                Plaintiffs,         :    ORDER
       -v-                          :
                                    :
THE CONGREGATION OF THE SACRED HEARTS:
OF JESUS AND MARY, et al.,          :
                                    :
                Defendants.         :
                                    :
----------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs filed this action on August 14, 2021, asserting that the Court has subject matter jurisdiction based on diversity of citizenship. Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the plaintiff shall, by January 13, 2023, file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In instances where any party is an unincorporated entity, the letter shall identify the entity's members and indicate the citizenship of each member.

Dated:   New York, New York
         January 5, 2023

                                   _____
                                        DENISE COTE
                                   United States District Judge